# MINUTE ORDER

Page 4

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 9/10/2019   Time: 2:00 p.m.

Defendant: ISKYO ARONOV      J#: 20485-104      Case #: 19-3447-MJ-TORRES
AUSA: Sean Cronin      Attorney:
Violation: E/D/NY/WARR/INDICT/CONSP/COMMIT WIRE FRAUD/BANK FRAUD      Surr/Arrest Date: 9/9/2019      YOB: 1987
Proceeding: Initial Appearance      CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:
**Bond Set** $500,000 w/10% w/nebbia      Co-signed by: Person who owns property

- [x] **Surrender and/or do not obtain passports/travel docs***
- [x] **Report to PTS as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] **Random urine testing by Pretrial Services**
  **Treatment as deemed necessary**
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] **No firearms**
- [x] **Not to encumber property**
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] **Travel extended to:** ED/NY, SD/NY and SD/FL
- [ ] Other:

Language: ENGLISH

Disposition: Defendant advises his attoney is Joseph Timlichman. The Court sets the recommended bond by the Government.
**\*\* Passport Card and Israeli Passport**

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 9/11/19 | 10:00 | Miami Duty | |
| PTD/Bond Hearing: | | | | |
| **Removal Hearing:** | 9/11/19 | 10:00 | Miami Duty | |
| **Status Conference RE:** Bond | 9/11/19 | 10:00 | Miami Duty | |

D.A.R. 14:08:40      Time in Court: 11

s/Edwin G. Torres      Magistrate Judge