# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 9/11/19     Time: 10:00 a.m.

Defendant: Iskyo Aronov     J#: 20485-104     Case #: 19-3447-Torres

AUSA: Sean Cronin     Attorney: Joseph Timlichman

Violation: E/D NY/Consp., Wire & Bank Fraud

Proceeding: Status:Bond, Removal & Rrc     CJA Appt:

Bond/PTD Held: ○ Yes ○ No     Recommended Bond:

**Bond Set** $500,000 w/10% w/nebbia     *Co-signed by: Albert Gabrielle*

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
Counsel files Permanent Appearnce
The bond **REMAINS** as set with all conditions. Defendant **WAIVES** Removal and is to appear in the ED/NY on 10/2/19.

***Passport Card and Israeli Passport to be surrendered by 9/17/19 by close of business.*

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____
D.A.R. 10:28:28     Time in Court: 4